TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00362-CV







In re Catherine Lee Durkee







ORIGINAL PROCEEDING FROM TRAVIS COUNTY






M E M O R A N D U M O P I N I O N




 Relator Catherine Lee Durkee filed a petition for writ of mandamus seeking to set
aside certain temporary orders of the trial court. We deny the petition for writ of mandamus. See
Tex. R. App. P. 52.8(a).



 

 W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Filed: October 7, 2004